UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BARRIENTOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. CISNEROS,<br><br>　　　　Respondent. | Case No. 2:22-cv-03867-FLA (JC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

1  Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of
2  Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition")
3  and all of the records herein, including the August 27, 2024 Report and
4  Recommendation of United States Magistrate Judge ("Report and Recommendation").
5  The court approves and accepts the Report and Recommendation.

6  IT IS HEREBY ORDERED that the Petition is DENIED, this action is
7  DISMISSED with prejudice, and Judgment shall be entered accordingly.

8  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
9  Report and Recommendation, and the Judgment herein on Petitioner and counsel for
10 Respondent.

12  IT IS SO ORDERED.

14  Dated: January 27, 2025

         _____
         FERNANDO L. AENLLE-ROCHA
         United States District Judge