JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BARRIENTOS,<br><br>        Petitioner,<br><br>    v.<br><br>T. CISNEROS,<br><br>        Respondent. | Case No. 2:22-cv-03867-FLA (JC)<br><br>**JUDGMENT** |

     Pursuant to this court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ORDERED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 is DENIED and this action is DISMISSED with prejudice.

     IT IS SO ORDERED.

Dated: January 27, 2025

                                      FERNANDO L. AENLLE-ROCHA
                                      United States District Judge